UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| SOULEYMANE  DIALLO,<br><br><br>*Petitioner,*<br><br>v.<br>KENNETH GENALO,<br>NYC Director Enforcement & Removal<br>Operations Immigration and Customs<br>Enforcement (ICE)<br><br>TODD LYONS, Acting Director, U.S.<br>Immigration and Customs Enforcement<br><br>KRISTI NOEM, in her official capacity as<br>Secretary of the United States Department<br>of Homeland Security and<br><br>PAMELA BONDI, in her official capacity<br>as Attorney General, U.S. Department of<br>Justice, | Civil Action No. _____<br><br><br>Immigration No. A 245-706-778 |

Dated: December 23, 2025

Japheth N. Matemu, Esq.
Counsel for Petitioner
Matemu Law Firm, P.C
69-06 Grand Avenue , 2nd Fl.
Maspeth, New York 11378
(212) 756-3948
jmatemulaw@gmail.com

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND
ORDER TO SHOW CAUSE**

Petitioner Souleymane Diallo , by and through undersigned counsel respectfully moves this Honorable Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for the issuance of a Temporary Restraining Order ("TRO") to prohibit Respondents, their officers, agents, employees, and all persons acting in concert with them from transferring Petitioner out of the jurisdiction of the Southern District of New York while his Petition for Writ of Habeas Corpus (filed contemporaneously) remains pending.

As grounds for this motion, Petitioner states:

1. Petitioner is currently detained by ICE at 26 Federal Plaza, New York, NY 10278.
2. Petitioner has filed a habeas corpus petition seeking immediate release based on unlawful detention, as well as due process violations.
3. Petitioner has a pending hearing before an immigration judge scheduled for July 11, 2028, at 08:30 AM.
4. Petitioner is not a danger to the community and poses no flight risk. He has no significant criminal history.
5. Petitioner fled Guinea due to death threats from organized crime figures in Ecuador.
6. Petitioner is being held without an opportunity to request bond in contravention of statute and regulations.
7. Respondents have the practice of shuffling detainees all over the country without notice ostensibly to defeat habeas corpus.
8. Transfer of Petitioner at this stage would irreparably harm him by obstructing access to legal counsel and interfering with judicial review.
9. Emergency relief is necessary to preserve the Court's jurisdiction and protect Petitioner's constitutional rights.

**WHEREFORE**, Petitioner respectfully requests that this Court:

A. Issue an immediate Temporary Restraining Order Enjoining Respondents from transferring Petitioner out of the jurisdiction of the Southern District of New York pending resolution of the habeas petition;
B. Issue an Order to Show Cause directing Respondents to explain why a preliminary injunction should not issue; and
C. Grant any further relief that this Court deems just and proper.

Respectfully submitted,

/s/ Japheth N. Matemu
Japheth N. Matemu, Esq.
Counsel for Petitioner
Matemu Law Firm, P.C
69-06 Grand Avenue , 2nd Fl.
Maspeth, New York 11378
(212) 756-3948
jmatemulaw@gmail.com