## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

SOULEYMANE  DIALLO,

*Petitioner,*

v.

KENNETH GENALO,
NYC Director Enforcement & Removal
Operations Immigration and Customs
Enforcement (ICE)

TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement

KRISTI NOEM, in her official capacity as
Secretary of the United States Department
of Homeland Security and

PAMELA BONDI, in her official capacity
as Attorney General, U.S. Department of
Justice,

Civil Action No. _____

Immigration No. A 245-706-778

**PROPOSED ORDER**

**ORDER TO SHOW CAUSE AND
TEMPORARY RESTRAINING ORDER**

_____, District Judge.

Petitioner, who allegedly is in custody in this judicial district, having filed a petition for habeas corpus seeking release from custody unless he is provided with a bond hearing within 7 days and an emergency motion for a temporary restraining order and an order to show cause, and the Court having concluded that petitioner faces a clear and imminent threat of irreparable injury by virtue of being transferred out of this district or removed from the country, it is hereby:

ORDERED, as follows:

1.  Respondents be and they hereby enjoined and restrained, pending the earlier of (a) a

further order of the Court or (b) _____ a.m./p.m. on December _____, 2025, from transferring petitioner to any location outside the Southern District of New York.

2.  Respondents shall show cause, on _____, 2025 at _____a.m./p.m. why a preliminary injunction requiring respondents to release petitioner unless he is afforded a bond hearing within 7 days should not issue.

3.  Respondents and petitioner shall file their opposition and reply papers, if any, no later than 5 p.m. on December _____, 2025, and December _____, 2025, respectively.

SO, ORDERED.

Dated:    December _____, 2025

Issued at: _____ a.m./p.m.

_____

United States District Judge