UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Souleymane Diallo,<br><br>                    Petitioner,<br><br>         -against-<br><br>Kenneth Genalo et al.,<br><br>                    Respondents. | 25-CV-10685 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court orders that the case is hereby TRANSFERRED to the United States District Court for the District of New Jersey. 28 U.S.C. § 1404(a). The petitioner was detained on December 23, 2025, in Nassau County, New York—within the Eastern District of New York—and the petition was filed at 6:53 p.m. that day, when the petitioner was in the Delaney Hall Detention Facility in Newark, New Jersey. Dkt. 5 at 1. As the petitioner was physically within the District of New Jersey at the time of the filing, venue is proper in that district.

    The Clerk of Court is respectfully directed to transfer the case immediately, waiving the waiting period under Local Civil Rule 83.1, and to notify the Clerk of the United States District Court for District of New Jersey of the pending emergency motion.

    SO ORDERED.

Dated: December 29, 2025
       New York, New York

                                                                        ARUN SUBRAMANIAN
                                                                       United States District Judge